UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 10-2106 MK |
| | ) | |
| v. | ) | NO. _____ |
| | ) | |
| JOSH HOLLY | ) | Magistrate Judge Knowles |

ORDER
Motion Granted.
[signature]
U.S.M.J.

## MOTION TO SEAL

The government requests that the complaint and warrant in this matter be maintained under seal pending defendant's arrest, as his current whereabouts are unknown and public disclosure may hamper law enforcement's ability to discreetly locate and apprehend him.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: [signature]
Hilliard Hester
Assistant U. S. Attorney
110 9th Avenue South, Suite A961
Nashville, Tennessee 37203
Phone: 615-736-5151