UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | NO. 10-02106 MK |
| ) | |
| ) | |
| JOSH HOLLY ) | |

GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

Comes now the government:

This matter was previously ordered to be maintained under seal at the government's request, pending defendant's arrest. As defendant has now been arrested, there is no longer any need or basis for the matter to remain under seal and the government therefore requests that the matter be unsealed.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

HILLIARD HESTER
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151