AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

MIDDLE **DISTRICT OF** TENNESSEE

UNITED STATES OF AMERICA

V.

JOSHUA HOLLY

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 3:10-mj-02106

I, JOSHUA HOLEY, charged in a (complaint) ~~(petition)~~

pending in this District with Possession of Unauthorized Access Devices

in violation of Title 18, U.S.C., 1029,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

1-11-11
Date

_____
Counsel for Defendant